UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERRE YOUSSEF<br>1431 Potomac Oaks Drive<br>Rockville, MD 20850,<br><br>    Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>Mayor's Office<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br><br>    **SERVE MAYOR**<br>    c/o Anthony A. Williams<br>    Mayor's Office<br>    John A. Wilson Building<br>    1350 Pennsylvania Avenue, NW<br>    Washington, D.C. 20004<br><br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR<br>National Capital Region<br>Solicitor's Office<br>1849 C Street, N.W.<br>Washington, DC 20240<br><br>VMS, Inc.<br>1-75 Kenliworth Avenue, NE<br>Washington, DC 20019<br><br>    **SERVE REGISTERED AGENT**<br>    c/o Corporation Service Company<br>    1090 Vermont Avenue, NW<br>    Washington, DC 20005<br><br>    Defendants. | Civil Action No. _____ |

COMPLAINT

COMES NOW the Plaintiff, Pierre Youssef, through counsel, and sues the Defendants, District of Columbia, United States Department of the Interior, and VMS, Incorporated, and states as follows:

1. Plaintiff is an adult resident of the state of Maryland and resides at 1431 Potomac Oaks Drive, Rockville, MD 20850.

3. Upon information and belief, Defendant District of Columbia is a governmental entity that owns and is or may be responsible for the maintenance of roadways and trees along the 4900 block of Canal Road, NW, Washington, DC.

3. Upon information and belief, Defendant U.S. Department of the Interior is a governmental entity that owns and is or may be responsible for the maintenance of roadways and trees along the 4900 block of Canal Road, NW, Washington, DC.

3. Upon information and belief, Defendant VMS, Inc. is a Virginia corporation with its principal office in Washington, DC that is or may be responsible for the maintenance of roadways and trees along the 4900 block of Canal Road, NW, Washington, DC by virtue of a contract between VMS and DC.

FACTS COMMON TO ALL COUNTS

4. On June 26, 2003, Plaintiff was operating his automobile along the 4900 block of Canal Road, Washington, DC.

5. At said time and place, it was the duty of one or more of the Defendants to maintain the roadways in a safe condition to avoid harm to individuals traveling thereon.

6.	At said time and place, a tree fell onto Canal Road, crashing into Plaintiff's automobile, causing painful and debilitating injuries to his body and damage to his property.

7.	On or about September 12, 2003, the Department of the Interior, National Park Service, notified Plaintiff that it was unsure whether the trees in question were in an area administered by the National Park Service.

8.	On or about September 20, 2004, the District of Columbia notified Plaintiff that it contended that the trees in question were to be maintained by the National Park Service. The District therefore denied liability for the claim.

9.	On or about October 7, 2004, the District notified Plaintiff that it contended that the trees in question are a part of the National Highway Statement and are to be maintained by VMS. The District therefore denied liability for the claim.

10.	On November 3, 2004, VMS notified Plaintiff that it contended that the trees in question were to be maintained by the National Park Service and not VMS. VMS therefore denied liability for the claim.

11.	The amount in controversy exceeds $75,000.

12.	This Court has pendant jurisdiction over the causes of action alleged herein under 28 U.S.C. § 1346(b)(1) since the United States is a Defendant; This Court has pendant jurisdiction over the causes of action alleged herein against Defendant VMS pursuant to 28 U.S.C. §1367 and there is a diversity of citizenship. Venue is proper pursuant to 28 U.S.C. § 1391 since the events alleged herein occurred within this judicial district.

## COUNT I
**(Negligence - All Defendants)**

11.	Plaintiff incorporates the allegations in paragraphs 1 through 11 above.

12. On or about June 26, 2003, Plaintiff was lawfully and carefully operating a motor vehicle on the vicinity of the 4900 block of Canal Road, NW, Washington, DC.

13. At said time and place, it was the duty of one or more of the Defendants to maintain the roadway at the 4900 block of Canal Road in a safe condition.

14. At said time and place, a tree fell without warning, crashing into Plaintiff's automobile and causing painful and debilitating injuries and damage to his property, as alleged below.

15. Upon information and belief, one or more of the Defendants knew or should have known of the dangerous condition existing at the 4900 block of Canal Road. At said time and place, one or more of the Defendants was under a duty to exercise reasonable care and to correct or warn of such dangers condition. Notwithstanding said duty, Defendant was negligent by failing to warn the public and Plaintiff of such dangerous condition, and failing to take reasonable steps to correct or repair said dangerous condition, and failing to take reasonable steps to avoid the foreseeable harm to Plaintiff.

16. By the commission of one or more of the acts set forth in the preceding paragraph, Defendant breached its duty of care to Plaintiff and as a direct and proximate result thereof, a tree fell onto Plaintiff's vehicle, resulting in painful and disabling injuries to Plaintiff.

17. As a sole, direct and proximate result of the negligence of one or more of the Defendants, Plaintiff has suffered damages which include, but are not limited to, great pain of body and mind, medical treatment, property damage, lost wages, loss of daily activity, stress and anxiety.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests this Court to enter judgment in his favor and against Defendants on the above Count in the amount of $250,000, plus appropriate pre-judgment interest, costs and expenses incurred, and for such other and further relief as may be appropriate in these circumstances.

## PRAYER FOR TRIAL BY JURY

Plaintiff hereby requests a trial by jury of all matters raised in this Complaint.

Respectfully submitted,

By: _____
Ira C. Wolpert (#14233)
David P. Korteling
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814
(301) 718-1900
Attorney for Plaintiff