IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pierre Youseff | : |
| Plaintiff | : |
| V. | : Case No. 1:06CV01140 |
| | : Civil |
| District of Columbia, et al | : |
| Defendant | : |

### AFFIDAVIT OF SERVICE BY PRIVATE PROCESS

    I, John F. McIntyre, having been duly authorized to effect service in the above-captioned case, state that I am over the age of eighteen, and not a party to the aforementioned action.

Documents Served:    Summons in a Civil Case
                                Complaint

Recipient:    United States Department of the Interior
                1849 C Street, NW
                Washington, DC 20240

    Service was effected Friday, October 20th, 2006 at 3:06 p.m. by hand-delivering the documents to Ms. Pamela Murray, personally, at her office located at 1849 C Street, NW, Washington, DC, 20240. Ms. Murray, Secretary, stated that she is authorized to accept service for the Department of the Interior.

    **I declare, under penalty of perjury, that the information contained herein is true and correct.**

Date 10/20/06

John F. McIntyre, Affiant

C/o J&M Delivery, Inc
P.O. Box 34097
Bethesda, MD 20827
301.530.5999