IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pierre Youseff | : |
| Plaintiff | : |
| V. | : Case No. 1:06CV01140 |
| | : Civil |
| District of Columbia, et al | : |
| Defendant | : |

### AFFIDAVIT OF SERVICE BY PRIVATE PROCESS

I, John F. McIntyre, having been duly authorized to effect service in the above-captioned case, state that I am over the age of eighteen, and not a party to the aforementioned action.

Documents Served:   Summons in a Civil Case
                    Complaint

Recipient:   District of Columbia
             C/o Anthony Williams
             1350 Pennsylvania Ave, NW
             Suite 419
             Washington, DC 20004

Service was effected Friday, October 20th, 2006 at 3:26 p.m. by hand-delivering the documents to Ms. Tabitha Braxton, personally, at her office located at 1350 Pennsylvania Ave, NW, Suite 419, Washington, DC, 20004. Ms. Braxton, Staff Assistant to Mayor Anthony Williams, stated that she is authorized to accept service.

I declare, under penalty of perjury, that the information contained herein is true and correct.

Date 10/20/06

John F. McIntyre, Affiant

C/o J&M Delivery, Inc
P.O. Box 34097
Bethesda, MD 20827
301.530.5999