IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERRE YOUSSEF, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. ) Civil No. 06-1140 (RWR)<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>)<br>　　　　Defendants, )<br>) | |

**CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendants District of Columbia (the "District") by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to enlarge the time by which they must file a pleading in response to the plaintiff's complaint by an additional forty (40) days.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On November 8, 2006, undersigned counsel consulted with plaintiff's counsel, David P. Korteling, who consented to the relief requested in this Motion.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　Deputy Attorney General, Civil Litigation Division

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　NICOLE L. LYNCH [471953]
　　　　　　　　　　　　　　　　Section Chief
　　　　　　　　　　　　　　　　General Litigation Section II

                                         /s/
                                         JAMES H. VRICOS [474026]
                                         Assistant Attorney General
                                         441 4th Street, N.W., S674
                                         Washington, D.C. 20001
                                         (202) 442-6600
                                         (202) 727-3625 (fax)
                                         James.Vricos@dc.gov


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY on this 9th day of November, 2006, that a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was sent either via first class mailed postage prepaid, or the U.S. District Court Electronic Notification Service, to:


David P. Korteling
3 Bethesda Metro Center, Suite 530
Bethesda, MD 20814

                                                    /s/
                                                JAMES VRICOS
                                                Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERRE YOUSSEF )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.,* )<br>)<br>)<br>Defendants, )<br>) | Civil No. 06- 1140 (RWR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendants an additional forty (40) days to file a responsive pleading to the plaintiff's complaint, because:

1. On June 22, 2006, the plaintiff filed his complaint alleging that, among other things, on June 26, 2003, while the plaintiff was driving his automobile on Canal Road in Washington DC, a tree located near that road fell on his automobile due to the negligence of one or all of the defendants. According to the Court Docket, the District was served with a copy of the complaint on October 20, 2006.[1] District's due date to file a responsive pleading is November 9, 2006.

2. The District will have to complete its preliminary investigation of the allegations contained in the complaint before it can file an accurate responsive pleading. The District believes that

---

[1] Defendant District of Columbia does concede that proper service was executed against the District, nor does it waive any of its rights to proper service in the above styled matter, by filing this motion.

the filing of such a pleading requires an investigation involving all named defendants in this matter.

3. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

4. The plaintiff will not be prejudiced by the granting of this Motion. The plaintiff's counsel has consented to an enlargement of forty (40) days, up to and including December 19, 2006, by which the District must file a responsive pleading.

WHEREFORE, for the reasons stated herein, defendant District of Columbia requests that this Court expand the time to file a responsive pleading by forty (40) days, up to and including December 19, 2006.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation Section II

---

[2] Rule 6(b) lists certain exceptions–– Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)––none of which are applicable herein.

/s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 4th Street, N.W., S674
Washington, D.C. 20001
(202) 442-6600
(202) 727-3625 (fax)
James.Vricos@dc.gov

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PIERRE YOUSSEF ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06- 1140 (RWR) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.,* ) | |
| ) | |
| ) | |
| Defendants, ) | |
| ) | |

**ORDER**

Based on the defendant's motion and the facts and law considered, it is this \_\_\_\_ day of _____ 2006,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a responsive pleading to the Complaint no later than December 19, 2006.

_____
Judge Richard W. Roberts
United States District Court

4