UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PIERRE YOUSSEF

      Plaintiff

v.                                                                                  Civil Action No. 06-1140 (RWR)

DISTRICT OF COLUMBIA, et al.

      Defendants.

## PRAECIPE

    Please enter the appearance of the undersigned on behalf of the Plaintiff.

Respectfully submitted,

Dated January 10, 2007_____          _____/s/_____

David P. Korteling (MD013151)
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814
(301) 718-1900
(301) 718-8359 (fax)
Dkorteling@caplanbuckner.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I certify that on January 10, 2007 a true copy of the foregoing was transmitted electronically via the Court's ECF system to: James A. Vricos, Assistant Attorney General, 441 Fourth Street, NW, Sixth Floor South, Washington, DC 20001, and Timothy E. Fizer, Krause, Fizer, Crogan & Lopez, PO Box 926, Baltimore, MD 21203, and sent by first class mail, postage prepaid, to United States Dep't of the Interior, National Capital Region, Solicitor's Office, 1849 C Street, NW, Washington, DC 20240.

_____
David P. Korteling