UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PIERRE YOUSSEF

    Plaintiff

v.

DISTRICT OF COLUMBIA, et al.

    Defendants.

Civil Action No. 06-1140 (RWR)

## RULE 16(B) SCHEDULING ORDER

This matter was before the Court for a Scheduling Conference on January 12, 2007. Upon consideration of the representations made by the counsel for Plaintiff and counsel for Defendants the District of Columbia and VMS, Inc., the Court makes the following findings:

1. The proposed Joint Rule 26(f) Discovery Plan is approved and shall control discovery to the extent of its application unless modified by the Court.

2. The parties have waived the initial disclosures provided for in Rule 26(a)(1).

3. Discovery in this matter will be bifurcated and will proceed first as to liability with the following deadlines:

| | |
|---|---|
| Service of written discovery: | February 28, 2007 |
| Proponents Rule 26 (a)(2) statements: | March 15, 2007 |
| Opponents Rule 26(a)(2) statements: | April 16, 2007 |
| All discovery closed: | May 16, 2007 |
| Limits on Interrogatories per side: | 25 |
| Limits on Depositions per side: | 5 |

4. Depositions will be limited to one day of seven hours.

5. Any motion to amend the pleadings or to join a party shall be made as sson as possible after counsel becomes aware of the grounds of rhte motion.

  6.  The parties shall participate in ADR after service of the responses to the initial discovery.

  7.  The parties will file dispositive motions by June 15, 2007.

  8.  A status conference will take place on _____ at which time the Court may establish deadlines for any further discovery as to damages.

  SO ORDERED this \_\_\_\_\_ day of January, 2007.

_____
Judge Richard W. Roberts