AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Pierre Youseef

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et al

CASE NUMBER: 06-1140 (RWR)

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney, District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David P. Korteling
3 Bethesda Metro Center, Suite 530
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAR 19 2007
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | MARCH 22, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| WILLIAM L. OWENS | AFFIANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): HANDED DOCUMENTS TO G. NAILS, ASSISTANT TO THE US ATTORNEY, JEFFREY A. TAYLOR, AT HIS OFFICE LOCATED AT 555 4TH ST NW WASHINGTON DC 20530.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-27-07
              Date

Signature of Server

4306 HOWARD AVENUE
KENSINGTON MD 20895
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.