UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERRE YOUSSEF, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1140 (RWR) (DAR) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO EXTEND DISCOVERY PERIOD AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Federal Defendant, the United States Department of the Interior, together with the Plaintiff, respectfully moves for an enlargement of the discovery period in this case, for ninety days. In support of this Motion, the parties state as follows:

1. According to the Court's January 12, 2007, Partial Scheduling Order and Order of Referral, the discovery period in this case shall close on May 16, 2007. Docket No. 12.

2. On March 22, 2007, Federal Defendant the United States Department of the Interior ("DOI"), was served with a copy of the Summons and Complaint. Docket No. 15. Accordingly the time for DOI to Answer is May 21, 2007.

3. Because the discovery period will expire prior to the date DOI's Answer is due, the parties request that the time period for discovery be extended for an additional ninety (90) day period, to August 14, 2007.

4. Counsel for the District of Columbia, and for VMS, Inc., the other Defendants in this case, have been consulted about this Motion and have consented to the extension of time requested herein.

5. A proposed order consistent with this Motion is attached for the Court's convenience.

          Respectfully submitted,

            Jeffery A. Taylor
          JEFFREY A. TAYLOR, D.C. Bar # 498610
          United States Attorney

            Rudolph Contreras
          RUDOLPH CONTRERAS, D.C. Bar # 434122
          Assistant United States Attorney

           /s/Sherease Louis
          SHEREASE LOUIS
          Special Assistant United States Attorney
          555 Fourth Street, N.W., Civil Division
          Washington, D.C. 20530
          (202) 307-0895
          Sherease.Louis@usdoj.gov
          Attorneys for Defendant U.S. Department of the Interior

           /s/David Korteling
          David P. Korteling (MD013151)
          Caplan, Buckner, Kostecka & Korteling, Chtd.
          3 Bethesda Metro Center, Suite 530
          Bethesda, MD 20814
          (301) 718-1900
          (301) 718-8359 (fax)
          Dkorteling@caplanbuckner.com
          Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERRE YOUSSEF, </br></br>          Plaintiff, </br>     v. </br></br> DISTRICT OF COLUMBIA, *et al.*, </br></br>          Defendants. | ) </br> ) </br> ) </br> ) Civil Action No. 06-1140 (RWR) (DAR) </br> ) </br> ) </br> ) </br> ) </br> ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 14th day of May, 2007, that a copy of the foregoing Motion and Memorandum of Supporting Points and Authorities, and Proposed Order, was sent via the U.S. District Court's Electronic Notification Service, to:

David P. Korteling, Esq.
Caplan, Buckner, Kostecka & Korteling, Chtd.
3 Bethesda Metro Center, Suite 530
Bethesda, MD 20814
Counsel for Plaintiff Pierre Youssef

James H. Vricos, Esq.
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Counsel for Defendant District of Columbia

Timothy E. Fizer, Esq.
Krause, Fizer, Crogan & Lopez
P.O. Box 926
Baltimore, MD 21203
Counsel for Defendant VMS, Inc.

/s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895