# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PIERRE YOUSSEF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1140 (RWR) (DAR) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of the parties' Joint Motion for enlargement of time to extend the

discovery period this _____ day of May, 2007, it is hereby,

ORDERED, that the parties' Joint Motion be and hereby is GRANTED and that the

discovery period in this case will close on August 14, 2007.

_____
United States District Judge

<u>Copies of this Order to</u>:
David P. Korteling, Esq.
Caplan, Buckner, Kostecka & Korteling, Chtd.
3 Bethesda Metro Center, Suite 530
Bethesda, MD 20814

James H. Vricos, Esq.
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

Timothy E. Fizer, Esq.
Krause, Fizer, Crogan & Lopez
P.O. Box 926
Baltimore, MD 21203