UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERRE YOUSSEF, )<br>)<br>　　　　　Plaintiff, )<br>　　v. )　Civil Action No. 06-1140 (RWR) (DAR)<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>　　　　　Defendants. )<br>　　　　　　　　　　　　　　　　) | |

**FEDERAL DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendant United States Department of the Interior ("USDOI"), respectfully moves for an enlargement of time of thirty (30) days, up to and including June 20, 2007, to answer, move or otherwise respond to Plaintiff's Complaint. No previous enlargements have been sought by or granted to the USDOI for these purposes. Pursuant to Local Rule 7(m), the undersigned counsel contacted the Plaintiff's counsel, who consents to the motion. In support of the motion, USDOI states the following:

1. On March 22, 2007, USDOI was served with a copy of the Summons and Complaint. Docket No. 15. Accordingly, the time for USDOI to Answer is May 21, 2007.

2. The requested enlargement should not cause undue delay or prejudice to Plaintiff in the ultimate disposition of this case. The enlargement will, however, provide defendant's counsel with additional time to consult with the USDOI regarding a suitable response to Plaintiff's Complaint.

3. Counsel for the District of Columbia, and for VMS, Inc., the other Defendants in this case, have been consulted about this Motion and have consented to the extension of time requested herein.

Accordingly, for reasons stated herein, USDOI respectfully requests an enlargement of time up to and including June 20, 2007, to answer, move or otherwise respond to Plaintiff's Complaint. A proposed Order consistent with the relief requested herein accompanies this motion.

Respectfully submitted,

_Jeffery A. Taylor_
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_Rudolph Contreras_
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
(202) 307-0895
Sherease.Louis@usdoj.gov
Attorneys for Defendant U.S. Department of the Interior

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERRE YOUSSEF, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1140 (RWR) (DAR) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 18th day of May, 2007, that a copy of the foregoing Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, Memorandum in Support Thereof, and Proposed Order, was sent via the U.S. District Court's Electronic Notification Service, to:

David P. Korteling, Esq.
Caplan, Buckner, Kostecka & Korteling, Chtd.
3 Bethesda Metro Center, Suite 530
Bethesda, MD 20814
Counsel for Plaintiff Pierre Youssef

James H. Vricos, Esq.
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Counsel for Defendant District of Columbia

Timothy E. Fizer, Esq.
Krause, Fizer, Crogan & Lopez
P.O. Box 926
Baltimore, MD 21203
Counsel for Defendant VMS, Inc.

/s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530