## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERRE YOUSSEF, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1140 (RWR) (DAR) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

UPON CONSIDERATION of the *Federal Defendant's Unopposed Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that the United States Department of the Interior's ("USDOI") motion should be and is hereby granted, and thus, the USDOI shall have up to and including June 20, 2007, to respond to Plaintiff's Complaint.

SO ORDERED.

_____          _____
DATE                                              UNITED STATES DISTRICT COURT JUDGE