UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PIERRE YOUSSEF

     Plaintiff

v.                                                                          Civil Action No. 06-1140 (RWR)

DISTRICT OF COLUMBIA, et al.

     Defendants.

## CERTIFICATE REGARDING DISCOVERY

I certify that on the 22nd day of May, 2007, I sent by first class mail, postage prepaid, Plaintiff's Interrogatories and Request for Documents to Defendant Department of Interior, Plaintiff's Interrogatories and Request for Documents to Defendant District of Columbia, and Plaintiff's Interrogatories and Request for Documents to Defendant VMS, Inc. to the counsel indicated below by first class mail, postage prepaid.

Respectfully submitted,

Dated May 22, 2007    _____

_____/s/_____

David P. Korteling (MD013151)
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814
(301) 718-1900
(301) 718-8359 (fax)
Dkorteling@caplanbuckner.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

       I certify that on May 22, 2007 a true copy of the foregoing was transmitted electronically via the Court's ECF system to:  James A. Vricos, Assistant Attorney General, 441 Fourth Street, NW, Sixth Floor South, Washington, DC 20001, and Timothy E. Fizer, Krause, Fizer, Crogan & Lopez, PO Box 926, Baltimore, MD 21203, and Jeffrey A. Taylor, Rudolph Contreras and Sherease Louis, 555 Fourth Street, NW, Civil Division, Washington, DC 20530.


_____
David P. Korteling