LAW OFFICES

## CAPLAN, BUCKNER & KOSTECKA

CHARTERED

SUITE 430

3 BETHESDA METRO CENTER

BETHESDA, MARYLAND 20814

(301) 718-1900

FAX. NO.

(301) 718-8359

DONALD M. CAPLAN\*
STEVEN R. BUCKNER†
ROBERT C. KOSTECKA†
MIMI L. MAGYAR\*
DAVID P. KORTELING\*
KAREN S. YEAGER

† ALSO ADMITTED IN D.C
\* ALSO ADMITTED IN VA

IRA C. WOLPERT
OF COUNSEL

August 27, 2003

**Certified Mail**
**Return Receipt Requested**

**RECEIVED**

SEP 1 1 2003

NATIONAL PARK SERVICE
NATIONAL CAPITAL REGION

National Park Services
National Capital Region
Solicitor's Office
1849 C Street, N.W.
Washington, D.C. 20240

> Re:    Pierre Youssef
>         Automobile Accident
>         Date of Accident:    June 26, 2003
>         Accident Location:   4900 Canal Road, N.W.
>         Our file number:     25100-1

Dear National Park Service Solicitor:

Please accept this correspondence as a formal notice of a personal injury claim against the National Park Service by Mr. Pierre Youssef.

Please be advised our firm represents Mr. Pierre Youssef in an automobile accident which occurred on June 26, 2003 at 4900 Canal Road, N.W., Washington D.C. The accident occurred as a result of the National Park Service's negligence in maintaining the wooded area along the side of outbound Canal Road. As a direct result of the National Park Service's negligence, a tree fell on Mr. Youssef's 2002 Honda Odyssey as he was traveling on outbound Canal Road causing severe injuries to his body, including but not limited to, lacerations on his left hand, sprained neck, sprained lower back and sprained shoulder.

Mr. Youssef was immediately transported by ambulance to the emergency room at Sibley Hospital where he was treated for his injuries. As a result of Mr. Youssef's injuries from said accident, he has undergone and continues to undergo physical therapy and incurred thousands of dollars in medical bills. In addition, Mr. Youssef has been forced to miss numerous days of work while attending doctor's appointments and physical therapy resulting in lost wages.



GOVERNMENT
EXHIBIT

I

National Park Service Solicitor
August 27, 2003
Page 2

As a result of this accident, Mr. Youssef intends to file a claim against the National Park Service for its negligent maintenance of the area along outbound Canal Road.

Please direct all future correspondence to my attention regarding this claim.

Very Truly Yours,

Steven R. Buckner

cc: Pierre Youssef