■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
9/15/03

1. Article Addressed to:

LAW OFFICES
CAPLAN, BUCKNER & KOSTECKA
CHARTERED
SUITE 430
3 Bethesda Metro Center
Bethesda, Maryland 20814

your file #25100-1 (Youssef)

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

SEP 15 2003

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)     7001 2510 0007 8204 7006

PS Form 3811, August 2001        Domestic Return Receipt        102595-01-M-2509

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

NATIONAL CAPITAL AREA CLAIMS OFFICE
NATIONAL PARK SERVICE
1100 OHIO DRIVE, SW
WASHINGTON, DC 20242

---



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage   $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Postmark
Here

Sent To
Law Offices Caplan, Buckner &
Street, Apt. No.;
or PO Box No.   Suite 430 - 3 Bethesda Metro
City, State, ZIP+4   Center, Bethesda, Md. 20814

7001 2510 0007 8204 7006

GOVERNMENT
EXHIBIT
3