UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE YOUSSEF )
)
    Plaintiff, )
) Civil No.: 06-1140 (RWR)
v. )
)
UNITED STATES OF AMERICA )
               et.al., )
    Defendants. )

## DECLARATION OF PERRI S. ROTHEMICH

I, Perri S. Rothemich, make this declaration in lieu of an affidavit pursuant to 28 U.S.C. §1746. I am aware that this declaration may be filed in the United States District Court for the District of Columbia, and that it is the legal equivalent of a statement under oath.

1. I am an Attorney-Advisor with the Division of General Law, Office of the Solicitor, United States Department of the Interior, 1849 C. Street N.W., Washington, D.C. 20242. I have been so employed since September 2003.

2. As part of my duties, I handle all administrative claims presented against the Department of the Interior and its Bureaus under the Federal Tort Claims Act, 28 U.S.C. §2671 et. seq.

3. For claims filed against the National Park Service, I work in connection with a Claims Specialist for that Bureau. The Claims Specialist performs an initial investigation of each claim, and presents my office with a written report of his findings. Based in part on that report, I determine whether or not the claim is compensable under the Federal Tort Claims Act, and proceed either with payment or denial of the claim.



GOVERNMENT EXHIBIT 4

4. On September 11, 2003 the National Park Service received a letter, dated August 27, 2003, from Plaintiff's counsel. The letter referenced an automobile accident that allegedly occurred on June 26, 2003, and stated "Mr. Youssef intends to file a claim against the National Park Service, for its negligent maintenance of the area along outbound Canal Road." *See*, Government Exhibit 1, Plaintiff's Letter dated August 27, 2003.

5. On September 12, 2003 the National Park Service responded to Plaintiff's letter, stating it was not sure whether the area in question was under the administrative control of the National Park Services. *See*, Government Exhibit 2, Federal Defendant's Letter, dated September 12, 2003.

6. The National Park Service's response dated September 12, 2003 instructed Plaintiff how to file an administrative tort claim. *See*, Government Exhibit 2, Federal Defendant's Letter, dated September 12, 2003.

7. Plaintiff's counsel received the National Park Service's response on September 15, 2003, as evidenced by the Certified Mail Receipt attached as Exhibit 3. *See*, Government Exhibit 3, Certified Mail Receipt, dated September 15, 2003.

8. Neither Plaintiff, nor Plaintiff's counsel filed an administrative claim with the National Park Service prior to commencing this litigation.

9. Neither Plaintiff, nor Plaintiff's counsel filed a Standard Form 95, Claim for Damage, Injury or Death, with the National Park Service prior to commencing this litigation.

10. Neither Plaintiff, nor Plaintiff's counsel, filed any documents with the National Park Service specifying Plaintiff's monetary damages prior to commencing this litigation.

11. Neither Plaintiff, nor Plaintiff's counsel, responded to the National Park Service's request that "Mr. Youssef meet with our staff in the area of the incident to determine jurisdiction."

I declare under the penalty of perjury that the foregoing is true and correct based upon my knowledge, and based upon information provided by employees of the United States Department of the Interior and records maintained by that agency.

Executed on June 20, 2007

　　　　　　　　　　　　　　　　　　　　　Perri S. Rothemich
　　　　　　　　　　　　　　　　　　　　　Attorney-Advisor
　　　　　　　　　　　　　　　　　　　　　Division of General Law
　　　　　　　　　　　　　　　　　　　　　U.S. Department of the Interior
　　　　　　　　　　　　　　　　　　　　　1849 C Street N.W., MS 7308
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20242