UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERRE YOUSSEF,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1140 (RWR) |
| | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
| and | ) |
| | ) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR,** | ) |
| | ) |
| and | ) |
| | ) |
| **VMS, INC.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION OF the Federal Defendant's Motion to Dismiss, Memorandum of Points and Authorities, supporting Exhibits, and the entire record in this case, and the Court having found that Plaintiff has failed to timely exhaust his administrative remedies, it is, hereby,

**ORDERED** that Federal Defendant's Motion to Dismiss, is **GRANTED** and it is

**FURTHER ORDERED** that the Plaintiff's claims against the United States Department of the Interior and/or the United States are dismissed with prejudice.

**SO ORDERED**.

June ___, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE