UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PIERRE YOUSSEF

    Plaintiff

v.

DISTRICT OF COLUMBIA, et al.

    Defendants.

Civil Action No. 06-1140 (RWR)

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION**

Plaintiff, through counsel, moves this Honorable Court for an extension of time in which to file an opposition to Federal Defendant's Motion to Dismiss Complaint With Prejudice, and states as follows:

1. The Federal Defendant filed a Motion to Dismiss on June 20, 2007 (the "Motion").

2. At the time that the Motion was filed, Plaintiff's counsel was out of town for medical treatment. Plaintiff's counsel will be out of town for vacation the week of July 9 - 13.

3. Plaintiff's counsel requests a brief extension of time up through and including July 16 in which to file an opposition to the Motion. Counsel has conferred with Sherease Louis, counsel for the Federal Defendant, who consents to the relief requested herein.

WHEREFORE, Plaintiff prays that this Honorable Court extend the time for Plaintiff to file an opposition to the Federal Defendant's Motion to Dismiss Complaint with Prejudice until July 16, 2007.

| | |
|---|---|
| Dated July 3, 2007 | /s/ David P. Korteling |
| | David P. Korteling (MD013151) |
| | 3 Bethesda Metro Center |
| | Suite 530 |
| | Bethesda, MD 20814 |
| | (301) 718-1900 |
| | (301) 718-8359 (fax) |
| | Dkorteling@caplanbuckner.com |
| | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that on July 3, 2007 a true copy of the foregoing was sent by the Court's electronic filing system this 3rd day of July, 2007 to James A. Vricos, Assistant Attorney General, 441 Fourth Street, NW, Sixth Floor South, Washington, DC 20001, Timothy E. Fizer, Krause, Fizer, Crogan & Lopez, PO Box 926, Baltimore, MD 21203, and Jeffrey A. Taylor, Rudolph Contreras and Sherease Louis, 555 Fourth Street, NW, Civil Division, Washington, DC 20530.

/s/David P. Korteling
David P. Korteling