UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERRE YOUSSEF<br><br>    Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.<br><br>    Defendants. | Civil Action No. 06-1140 (RWR) |

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to File Opposition, the consent of the moving party, and for good cause, it is

ORDERED, that Plaintiff's Motion for Extension of Time to File Opposition be and hereby is granted, and Plaintiff's opposition shall be filed by July 16, 2007.

                                                                                   _____
                                                                                              United States District Judge