UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PIERRE YOUSSEF

      Plaintiff

v.                                                                                  Civil Action No. 06-1140 (RWR)

DISTRICT OF COLUMBIA, et al.

      Defendants.

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Plaintiff, through counsel, moves this Honorable Court pursuant to Fed. R. Civ. P. 41(a)(2) for dismissal of this case without prejudice, and in support, states as follows:

      1.      On August 24, 2007, this Court an granted the Federal Defendant's Motion to Dismiss.  The remaining defendants are the District of Columbia and VMS, Inc.  No counterclaims have been filed.

      2.      Pursuant to the minute entry entered on August 27, 2007, Plaintiff is to move to dismiss as to the remaining defendants without prejudice or seek other relief by August 30, 2007.

      3.      Plaintiff wishes to dismiss as to the remaining defendants without prejudice.  Upon information and belief, Plaintiff has viable claims against the remaining defendants which may be pursued in another forum.

      4.      Fed. R. Civ. P. 41(a)(2) provides that upon that the Court may dismiss this action without prejudice upon motion by Plaintiff.

      WHEREFORE, Plaintiff prays that this Honorable Court dismiss the remaining defendants without prejudice.

Dated August 30, 2007                                               /s/ David P. Korteling

David P. Korteling (MD013151)
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814
(301) 718-1900
(301) 718-8359 (fax)
Dkorteling@caplanbuckner.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on August 30, 2007 a true copy of the foregoing was sent by the Court's electronic filing system to James A. Vricos, Assistant Attorney General, 441 Fourth Street, NW, Sixth Floor South, Washington, DC 20001, Timothy E. Fizer, Krause, Fizer, Crogan & Lopez, PO Box 926, Baltimore, MD 21203, and Jeffrey A. Taylor, Rudolph Contreras and Sherease Louis, 555 Fourth Street, NW, Civil Division, Washington, DC 20530.

/s/David P. Korteling
David P. Korteling