UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PIERRE YOUSSEF

    Plaintiff

v.                                                                 Civil Action No. 06-1140 (RWR)

DISTRICT OF COLUMBIA, et al.

    Defendants.

**ORDER**

Upon consideration of Plaintiff's Motion for Voluntary Dismissal Without Prejudice, and for good cause, it is

ORDERED, that Plaintiff's Motion for Voluntary Dismissal Without Prejudice be and hereby is granted, and it is

ORDERED, that the remaining Plaintiff's claims against the remaining defendants District of Columbia and VMS, Inc. are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

_____
United States District Judge